984 So.2d 1289 (2008)
Marjorie F. PARKES, Appellant,
v.
Lenworth PARKES, Appellee.
No. 4D06-3693.
District Court of Appeal of Florida, Fourth District.
July 9, 2008.
Rhoda Sokoloff and William I. Zimmerman of Law Offices of Rhoda Sokoloff, P.A., Fort Lauderdale, for appellant.
Troy W. Klein, P.A., West Palm Beach, for appellee.
*1290 PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150, 1152 (Fla.1979).
WARNER, STEVENSON and MAY, JJ., concur.